

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00176-CV

GARRY CANTRELL A/K/A GARRY P. CANTRELL, GARY CANTRELL, GARRY PHILIP CANTRELL, AND GARRY CANTRELL, ESQ., D/B/A CANTRELL LAW FIRM, AND CANTRELL LAW FIRM IOLTA

APPELLANT

V.

LAWSUIT FINANCIAL CORP.

APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 2012-005630-3

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 22, 2104, and October 6, 2014, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless the $195 filing fee was paid.  *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  November 6, 2014

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).